JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

FEDERAL RESERVE BANK SYSTEM ACCOUNTING Tr. and FEDERAL RESERVE BANK of NEW YORK

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

UNITED STATES DEPARTMENT OF JUSTICE
U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE.. NW
WASHINGTON, DC 20530

## DEFENDANTS

APPROXIMATELY 45.5 lbs. of seized Federal Securities #▇▇▇▇7721472, etal

County of Residence of First Listed Defendant  Grandville
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☒ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | **PERSONAL INJURY** | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | ☐ 365 Personal Injury - | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 367 Health Care/ | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Pharmaceutical | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Personal Injury | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | Product Liability | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 368 Asbestos Personal | ☐ 861 HIA (1395ff) | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Injury Product | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | Liability | ☐ 863 DIWC/DIWW (405(g)) | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | **PERSONAL PROPERTY** | ☐ 864 SSID Title XVI | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 370 Other Fraud | ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | ☐ 371 Truth in Lending | | Exchange |
| | Medical Malpractice | ☐ 380 Other Personal | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | Property Damage | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 385 Property Damage | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | Product Liability | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **PRISONER PETITIONS** | ☐ 871 IRS—Third Party | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | **Habeas Corpus:** | 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 463 Alien Detainee | | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 510 Motions to Vacate | | Act/Review or Appeal of |
| | Employment | Sentence | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 530 General | **IMMIGRATION** | ☐ 950 Constitutionality of |
| | Other | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | State Statutes |
| | ☐ 448 Education | **Other:** | ☐ 465 Other Immigration | |
| | | ☐ 540 Mandamus & Other | Actions | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - | | |
| | | Conditions of | | |
| | | Confinement | | |

*(Under LABOR column:)*
**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☒ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 USC sect. 981, 983, and 984 and 50 USC sect. 3162

Brief description of cause:
Complaint/Warrant FORFEITURE of SEIZED FEDERAL ASSETS To the UNITED STATES

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
1. UNITED STATES SUPREME COURT (Pending)
JUDGE 2. Robert A. KATZMANN   DOCKET NUMBER 19-1540 (2nd Cir.)

DATE  7/12/20

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |



**UNITED STATES POSTAL SERVICE ®**

### VERIFICATION REQUIRED

Mail will be forwarded for all persons at the old address of the following business:
**FEDERAL RESERVE BANK NY**
Your mail will be forwarded to your NEW address, as you requested, on Jan 22, 2018

**RECEIVED**
**AUG 0 5 2019**
**DEBORAH S. HUNT, Clerk**

### YOUR OLD ADDRESS

**FEDERAL RESERVE BANK NY**
**33 LIBERTY ST**
**NEW YORK NY 10045-1003**

### YOUR NEW ADDRESS

000000215 02 AB 0.408  T:0002

**PRESIDENT**
**FEDERAL RESERVE BANK NY**
**38742 BRAMHAM ST**
**CLINTON TOWNSHIP MI 48038-3101**

If the information contained on this page is incorrect, or you have not received mail at your new address for 10 Postal business days or more, please call 1-800-ASK-USPS (1-800-275-8777).

If you need to view or cancel this Change-of-Address Order or change the date to start forwarding your mail, visit managemymove.usps.com and enter the Confirmation Code:1803 0513 7012 8770

Visit managemymove.usps.com to add your email address and receive email reminders of mail forwarding expiration dates.

### NOTIFY CORRESPONDENTS WHO SEND YOU MAIL

Mail forwarding may be available for up to 12 months and covers only certain classes of mail.

To ensure delivery of all your mail and to avoid forwarding delays, you should notify everyone who sends you mail.

### MAIL FORWARDING EXPIRATION DATES

First Class Mail, Priority & Express....
Newspapers, Magazines...............
Packages¹.................................
Catalogs ................................... Not Forwarded²
Standard Mail ............................. Not Forwarded²

1. Some restrictions apply  2. Unless requested by mailer

### IMPORTANT MESSAGES FROM THE U.S. POSTAL SERVICE REGARDING YOUR MAIL FORWARDING REQUEST

X _____     JUNE 6, 2018

DUANE L. BERRY - (PRESIDENT)

Yellow stickers with your new address are placed on mail forwarded by the U.S. Postal Service. To receive your mail faster, notify the sender of your new address.

Please retain this Official Change of Address Confirmation page for your records as local agencies and/or resources may require it for proof of your move.

_Kristine Parrott_

Kristine Parrott
Notary Public - STATE OF MICHIGAN
COUNTY OF MIDLAND
My Commission Expires April 5, 2019
Acting in the County of Midland

### WHY THE YELLOW OR WHITE LABELS?

Yellow or white labels indicate the correspondent doesn't know your new address.

If you receive mail with a yellow or white label attached, notify the sender of your new address.

All of the paper used in this USPS® Official Change of Address Confirmation Letter was sourced from sustainable forests.



1FC682      1000 1111 0011 0110 0001 01      6569-056-0000215

Dear Clerk,

FILED USDC - CLRK DET
2019 JUL 15 AM 9:41

Pursuant to 28 U.S.C. section 3002(10)(12)(13)and(15) and 5 U.S.C.
section 551 the (Petitioner) FEDERAL RESERVE BANK SYSTEM ACCOUNTING
TR is an "Agency" of the United States and pursuant to 28 U.S.C.
section 2408 cost shall NOT be required in the filing of the
attached petition.

28 U.S.C. section 2408 - Security not required of United States

"Security for damages or costs shall not be required of the United
States, any department or agency thereof or any party acting under
the direction of any such department or agency on the issuance of
process or the institution or prosecution of any proceeding.

Costs taxable, under other Acts of Congress, against the United
States or any such department, agency or party shall be paid out
of the contingent fund of the department or agency which directed
the proceedings to be instituted."

Thank you.

/s/ Duane L. Berry                                    July 5, 2019
DUANE L. BERRY (Federal Trustee)                      Date

    for and on behalf of

FEDERAL RESERVE BANK SYSTEM ACCOUNTING TR
38742 Bramham St.
Clinton Twp., MI 48038

RECEIVED

AUG 0 6 2019

OFFICE OF THE CLERK
SUPREME COURT, U.S.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Solicitor General of U.S.
Room 5616
Department of Justice
950 Pennsylvania N.W
Washington D.C. 20530

9590 9402 5193 9122 4107 75

2. Article Number (Transfer from service label)

7018 1130 0000 3783 5526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 2 5 2019

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

cf.mied.uscourts.gov/                                Page 1 of 1

RECEIVED

JUL 2 9 REC'D

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

FEDERAL RESERVE BANK SYSTEM ACCOUNTING TR

and

FEDERAL RESERVE BANK OF NEW YORK,

Case No._____

        v.

APPROXIMATELY 44.5 lbs. of seized federal
securities #████6098149, held in the
custody of CNN, 1 CNN Center, Atlanta, GA
30303

COMPLAINT FOR
FORFEITURE IN REM

APPROXIMATELY 44.6 lbs. of seized federal
securities #████6161270, held in the
custody of USA Today, 535 Madison Ave.,
54th St., New York, NY 10022

APPROXIMATELY 44.8 lbs. of seized federal
securities #████3375564, held in the
custody of Washington Post, 1150 15th St.,
NW, Washington, DC 20071

APPROXIMATELY 44.8 lbs. of seized federal
securities #████3398922, held in the
custody of New York Times, 620 8th Ave.,
New York, NY 10018

APPROXIMATELY 44.8 lbs. of seized federal
securities #████3407541, held in the
custody of Wall Street Journal, 1211 6th
Ave., New York, NY 10036

APPROXIMATELY 45.5 lbs. of seized federal
securities #████7721472, held in the
custody of Eric D. Wilson and T. Scarantino,
FMC Butner, Old NC Hwy. 75, Butner, NC
27509

APPROXIMATELY $8,910,308.93 in funds seized
from Bank of America Account #████████1897,
P.O. Box 17270, Wilmington, DE 19850

APPROXIMATELY $500,00.00 in funds seized
from JP Morgan Chase Bank Account #████1193,
2001 Bryan St., suite 1800, Dallas, TX 75201

---

( SEE ATTACH. "WARRANT FOR ARREST IN REM" )

Respectfully Submitted,

DATED: 7/12/2020

FEDERAL RESERVE BANK SYSTEM Accounting TR.
and FEDERAL RESERVE BANK of NEW YORK

4-22

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 19, 2020
Docket#: 19-1540cv
Short Title: Donald J. Trump v. Deutsche Bank AG

DC Docket#: 19-cv-3826
DC Court: SDNY (NEW YORK CITY)
DC Judge: Ramos

I, CATHERINE O'HAGAN WOLFE, Clerk of the United States Court of Appeals for the Second Circuit, do hereby certify that the enclosed documents, numbered from 1, 2, 3, 5, 8, 11, 13, 15, 17, 18,20,21,22,24,26,35,37,50,51,52,54,55,57,59,60,61,65,66,71,73,78,79, 80, 81, 82, 85, 86, 93, 102, 103, 104, 105, 106, 109 (sealed), 112, 122, 124, 126, 127, 128, 130, 134, 137, 138, 141, 143, 145, 148, 149, 156, 157, 158, 160, 161, 162, 165 (sealed), 166, 172, 176, 180, 181, 184, 186, 187, 188, 190, 193, 197,199,201,202,205,207,214,215,216,222, 223, 225, 226, 227, 228,229,232,234,240,242,243,251, 252, 253 comprise the original documents filed in this Court, and the same remain of record and on file in my office.

IN TESTIMONY WHEREOF, I have caused
the seal of the said Court to be hereunto affixed,
at the City of New York, in the Second Circuit,
this nineteenth day of February, in the year of
our Lord two thousand twenty, and of the
Independence of the said United States,
the two hundred forty fourth year.

CATHERINE O'HAGAN WOLFE, Clerk

**A True Copy**
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/19/2020

RECEIVED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

JUL 2 9 REC'D

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

## DOCKET NO. 19-1540-cv

DONALD J. TRUMP, DONALD J. TRUMP, JR., ERIC TRUMP, IVANKA TRUMP, DONALD J. TRUMP REVOCABLE TRUST, TRUMP ORGINIZATION, INC., TRUMP ORGINIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, TRUMP ACQUISITION, CORP.,

      Plaintiffs – Appellants,

FEDERAL RESERVE BANK SYSTEM ACCOUNTING TR., FEDERAL RESERVE BANK OF NEW YORK, FEDERAL TRUSTEE DUANE L. BERRY

      Intervenor Plaintiffs – Appellants,

v.

DEUTSCHE BANK AG CAPITAL ONE FIANACIAL CORPORATION,

      Defendants – Appellees,

COMMITTEE ON FINANCIAL SERVICES OF THE UNITED STATES HOUSE OF REPRESENTATIVES, PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE UNITED STATES HOUSE OF REPRESENTATIVES,

      Intervenor Defendants – Appellees

/

## WARRANT FOR ARREST *IN REM*

TO: THE UNITED STATES MARSHAL AND ANY OTHER AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States and the security of the President of the United States, Donald J. Trump, in the above captioned action, the ("Intervenor Plaintiffs – Appellants") has issued a warrant for arrest *in rem* regarding the recovery and investigation of classified tax records, documents, and financial banking information in the aforementioned case pursuant to the National Security Act ("NSA"). *See* 50 U.S.C. sect. 3162(a)(1)

WHEREAS, pursuant to the ("NSA") the undersigned Federal Trustee is the head of a federal agency and is authorized to issue this warrant and no further court action is required. *See* 50 U.S.C. sect. 3162(a)(3)(A)

1

<u>REQUESTED PROPERTY</u>

1. Federal Security #████6098149 (apprx. 44.5 lbs.)

    Custodian: CNN
              1 CNN Center
              Atlanta, GA 30303

2. Federal Security #████6161270 (apprx. 44.6 lbs.)

    Custodian: USA Today
              535 Madison Ave.
              54th Street
              New York, NY 10022

3. Federal Security #████3375564 (apprx. 44.8 lbs.)

    Custodian: Washington Post
              1150 15th Street NW
              Washington, DC 20071

4. Federal Security #████3398922 (apprx. 44.8 lbs.)

    Custodian: New York Times
              620 8th Ave.
              New York, NY 10018

5. Federal Security #████3407541 (apprx. 44.8 lbs.)

    Custodian: Wall Street Journal
              1211 6th Ave.
              New York, NY 10036


WHEREAS, pursuant to the NATIONAL SECURITY ACT, the Custodian
served this warrant shall not disclose to any person that the
property requested and seized have been obtained with the excep-
tion of "those persons to whom disclosure is necessary in or-
der to comply with the request;"  (See 18 USC § 3511)


* THE NON-DISCLOSURE REQUIREMENT SHALL BE SUBJECT TO COURT REVIEW

R-23

776523375564    44.8 lbs. (S)    44.34
     Declared Value    100
Recipient Address:
     attn martin baron
     washington post headquarters
     1150 15 st nw
     Washington, DC 20071
     4444444444

Scheduled Delivery Date is 2 business days

Pricing option:
     STANDARD RATE

Package Information:
     Your Packaging
     19 x 13 x 13

---

FedEx Ground
776523398922    44.8 lbs. (S)    44.34
     Declared Value    100
Recipient Address:
     dean p baquet
     new york times headquarters
     620 8th ave
     New York, NY 10018
     4444444444

Scheduled Delivery Date is 2 business days

Pricing option:
     STANDARD RATE

Package Information:
     Your Packaging
     19 x 13 x 13

---

FedEx Ground
776523407541    44.8 lbs. (S)    44.34
     Declared Value    100
Recipient Address:
     matt murray
     wall street journal
     1211 6th ave
     New York, NY 10036
     4444444444

Scheduled Delivery Date is 2 business days

Pricing option:
     STANDARD RATE

Package Information:
     Your Packaging
     19 x 13 x 13

          Shipment subtotal:     $177.36

              Total Due:     $177.36

          (S) CreditCard:     $177.36
          ************7791

FedEx Ground
780236098149    44.5 lbs. (S)    44.34
     Declared Value    100
Recipient Address:

     CNN CENTER
     1 CNN Center
     ATLANTA, GA 30303
     4048272688

Scheduled Delivery Date is 2 business days

Pricing option:
     STANDARD RATE

Package Information:
     Your Packaging
     18 x 13 x 13

---

FedEx Ground
780236161270    44.5 lbs. (S)    44.34
     Declared Value    100
Recipient Address:

     USA Today
     535 Madison Ave
     54th Street
     New York, NY 10022
     0000000000

Scheduled Delivery Date is 2 business days

Pricing option:
     STANDARD RATE

Package Information:
     Your Packaging
     18 x 13 x 13

          Shipment subtotal:     $143.11

              Total Due:     $143.11

          (S) CreditCard:     $143.11
          ************7791

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF  Donald J. Trump, et al. | COURT CASE NUMBER  19-1540 |
|---|---|
| DEFENDANT  Deutsche Bank AG, et al. | TYPE OF PROCESS  WARRANT for ARREST |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** Wall Street Journal

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1211 6th Ave., New York, NY 10036

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| * SEE ATTACH. OFFICIAL CHANGE OF ADDRESS * | Number of parties to be served in this case | 3 |
| pg. 5-5 | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses*, *All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                           Fold

UNITED STATES MARSHAL YOU ARE HEREBY COMMANDED to arrest the following property per the attached Warrant[dkt#252], under the NATIONAL SECURITY ACT, and immediately return to the requester. (Self-addressed Stamped Envelope Enclosed)

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  ___ __ ____ | DATE  5/23/20 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin  No. ____ | District to Serve  No. ____ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address (*complete only different than shown above*) | | Date | Time ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Donald J. Trump, et al. | 19-1540 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Deutsche Bank AG, et al. | WARRANT for ARREST |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

USA Today

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

535 Madison Ave., 54th St., New York, NY 10022

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| * SEE ATTACH. OFFICIAL CHANGE OF ADDRESS * pg. 5-5 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

UNITED STATES MARSHAL YOU ARE HEREBY COMMANDED to arrest the following property per the attached Warrant[dkt#252], under the NATIONAL SECURITY ACT, and immediately return to the requester. (Self-addressed Stamped Envelope Enclosed)

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER --- -- ---- | DATE 5/23/20 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (*complete only different than shown above*) | | Date ____ Time ____ ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Donald J. Trump, et al. | 19-1540 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Deutsche Bank AG, et al. | WARRANT for ARREST |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { CNN Center

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1 CNN Center, Atlanta, GA 30303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| * SEE ATTACH. OFFICIAL CHANGE OF ADDRESS * | Number of parties to be served in this case | 1 |
| pg. 5-5 | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                  Fold

UNITED STATES MARSHAL YOU ARE HEREBY COMMANDED to arrest the following property per the attached Warrant[dkt#252], under the NATIONAL SECURITY ACT, and immediately return to the requester. (Self-addressed Stamped Envelope Enclosed)

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER --- -- ---- | DATE 5/23/20 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No.____ | District to Serve No.____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

2-23

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF BERRY | COURT CASE NUMBER 4:20-cv-173-0 |
|---|---|
| DEFENDANT WILSON | TYPE OF PROCESS Warrant for Arrest In Rem* |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
"CLASSIFIED" Federal Reserve Bank security #▮▮▮7721472

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3150 Horton Rd., Fort Worth, TX 76119

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| ⌐ SEE ATTACHED OFFICIAL CHANGE OF ADDRESS ⌐ | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 1 |
| | Check for service on U.S.A. — X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                 Fold

*SEE ATTACHED WARRANT FOR ARREST IN REM
*REMIT BILLING STATEMENT AND FEES TO CLERK FOR PAYMENT per
FEDERAL RESERVE BOND Contract No. ▮▮▮▮▮8BCT in ("CRIS")

(Trump etal v Deutsche Bank et al,#19-1540,dkt#252,p8-13,2nd Cir.)*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
--Paper recipients:
Duane Letroy Berry<BR>#62250019<BR>BOP Fort Worth FMC<BR>PO Box 15330<BR>Fort
Worth TX 76119<BR>,
Federal Reserve Bank System Accounting TR
0,
Federal Reserve Bank of New York
0

Message-Id:<12146073@txnd.uscourts.gov>
Subject:Activity in Case 4:20-cv-00173-O Berry et al v. Wilson et al Notice and
Instruction to Pro Se Party
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronica
lly, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 2/25/2020 2:56 PM CST and filed
on 2/24/2020

Case Name: Berry et al v. Wilson et al

Case Number: 4:20-cv-00173-O
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?328841

Filer:

Document Number: 3
https://ecf.txnd.uscourts.gov/doc1/177113083491?caseid=328841&de_seq_num=11&magi
c_num=MAGIC&pdf_toggle_possible=1

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
3

Docket Text:
Notice and Instruction to Pro Se Party
(npk)

4:20-cv-00173-O Notice has been electronically mailed to:

4:20-cv-00173-O Notice required by federal rule will be delivered by other
means (as detailed in enclosed documents) Filed 02/29/20 Page 13 of 24 to:

4-23

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES MARSHAL
501 W. 10th STREET
FORT WORTH, TX 76102

9590 9402 4115 8092 0906 92

2. Article Number (Transfer from service label)
7002 3150 0000 9049 9373

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
T. RUTLEDGE

C. Date of Delivery
12-17-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 4115 8092 0906 92

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

FEDERAL RESERVE BANK SYSTEM
ACCOUNTING TR.
38742 BRAMHAM ST.
CLINTON TWP., MI 48038

5-23

*Property was found unsecured*

**INMATE PERSONAL PROPERTY RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| Institution: FMC Fort Worth | 1. Name: Berry, Duane |
|---|---|
| 2. Register No: 62250-019 | 3. Unit: FTW | 4. Date & Time of Inventory: 2-18-20 @ 3:03 pm |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____

a. ___ Admission   b. ___ Hospital   c. ___ Writ   d. ___ Transfer   e. ✓ Detention

f. ___ Release   g. ___ Incoming Package   h. ___ Other (specify) _____

6. Disposition (Disp.)
D–Donated   M–Mail   S–Storage
K–Keep in Possession
C–Contraband (Attach BP-S102)

**7. Type of Property:**

**a. Personally Owned Items**

| # Article | Disp. |
|---|---|
| Batteries | |
| Belt | |
| Billfold | |
| Books, Reading | |
| hard ___ soft ___ | |
| Books, Religious | |
| hard ___ Soft ___ | |
| Brassiere | |
| Cap, Hat | |
| Coat | |
| Coins | |
| Comb | |
| Combination Lock | |
| Dress | |
| Driver's License | |
| Earplugs | |
| Eyeglass case | |
| Eyeglasses | |
| Gloves | |
| Hairbrush/Pick | |
| Handkerchief | |
| Jacket | |
| Jogging Suit | |
| Legal Materials | |
| Letters | |
| Magazines | |
| Mirror | |
| Nail Clippers | |
| Pant/Slacks | |
| Pen/Ballpoint | |
| Pencils | |
| Personal Papers | |
| Photo Album | |
| Photo | |

| # Article | Disp. |
|---|---|
| Plastic spoon, cup | |
| Playing-Cards | |
| Purse | |
| Radio (w/earplug) | |
| Religious Medal | |
| Ring | |
| Shirt/Blouse | |
| Shoes | |
| Shoes, shower | |
| Shoes, Slippers | |
| Shoes, Tennis | |
| Shorts | |
| Skirt | |
| Slip | |
| Social Security Card | |
| Socks | |
| Socks, Athletic | |
| Stamps | |
| Stockings | |
| Sunglasses | |
| Sweater | |
| Sweat pant | |
| Sweat Shirt | |
| Trophy | |
| T-Shirts | |
| Underwear | |
| Watch/Watchband | |

**b. Hygiene, etc.**

| # Article | Disp. |
|---|---|
| Dental Floss | |
| Dentures | |
| Deodorant | |
| Hair oil | |
| Noxema | |
| Powder | |
| Razor | |
| Shampoo | |
| Shaving lotion | |
| Skin lotion | |
| Soap dish | |
| Toothbrush | |
| Toothpaste | |

**c. Hobby craft**

| # Article | Disp. |
|---|---|

**d. Food/Tobacco items**

| # Article | Disp. |
|---|---|
| Chewing tobacco | |
| Snuff | |
| Coffeemate | |
| Cold drink mix, soda | |
| Fruit | |
| Honey, Hi-protein | |
| Instant chocolate | |
| Instant coffee | |

**e. Miscellaneous** (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property ................................................. Value Alleged by Inmate

(PATAX) ACCOUNT # ___ 7721472

✗ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: R. Brathwaite / R. Bailor     Date: 2-18-20   Time: 3:15 pm

I have today reviewed the property returned to me. Duane L. Berry
Signature of Inmate          62250019     2-18-20   3:15 pm
                             Register #    Date      Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____   Date: _____   Time: _____

I have today reviewed the property returned to me. _____
Signature of Inmate          Register #    Date      Time

BP-A0383
AUG 11

# INMATE PERSONAL PROPERTY RECORD CDFRM

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISON

| Institution: FMC FORT WORTH | 1. Name: BEARY DUANE |
|---|---|

| 2. Register No: 62250-019 | 3. Unit: FTO/A D | 4. Date & Time of Inventory: 3·12·20   0800 |
|---|---|---|

5.  Purpose of Inventory (Check one that applies): Date and Time of Action: 3·12·20  0800

a: __ Admission   b. __ Hospital   c. __ Writ   d __ Transfer   e __ Detention

f. __ Release   g. __ Incoming Package   h. __ Other (specify) _____

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

### 7. Type of Property:

| # a. Personally Owned Items | | |
|---|---|
| Article | Disp. |
| Address Book | |
| Batteries | |
| Belt | |
| Billfold | |
| Books, Reading | |
| hard ___ soft | |
| Books, Religious | |
| hard ___ Soft | |
| Boot | |
| Brassiere | |
| Cap, Hat | |
| Coat | |
| Comb | |
| Combination Lock | |
| Dress | |
| Eyeglass Case | |
| Eyeglasses | |
| Gloves | |
| Hairbrush/Pick | |
| Handkerchief | |
| Headphones | |
| Laundry Jacket | |
| Laundry Detergent | |
| Legal Materials | |
| Letters | |
| Magazines | |
| Mirror | |
| Nail Clippers | |
| Pen/Ballpoint | |
| Pencils | |
| Personal Papers | |
| Photo Album | |
| Photo | |
| Plastic Bowl Plastic Spoon, cup | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious Medal | |
| | Shirt/Blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, Slippers | |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Socks | |
| | Socks, Athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweat pants | |
| | T-Shirt | |
| | Sweat Shirt | |
| | Thermal Bottoms | |
| | Thermal Top | |
| | Underwear | |
| | Watch/Watchband | |

| # b. Hygiene, etc. | Article | Disp. |
|---|---|---|
| | Aspirin | |
| | Body Soap | |
| | Cotton Swabs | |
| | Deodorant | |
| | Dental Floss | |
| | Dentures Power | |
| | Hair Oil | |
| | Petroleum Jelly | |
| | Menthol Rub | |
| | Razor | |
| | Shampoo | |
| | Shaving Lotion | |
| | Skin Lotion | |
| | Soap/Dish | |
| | Toothbrush | |
| | Toothbrush Holder | |
| | Toothpaste | |
| | Tweezers | |

| # c. Hobby craft | Article | Disp. |
|---|---|---|
| | | |

| # d. Food | Article | Disp. |
|---|---|---|
| | Bean | |
| | Cake | |
| | Candy | |
| | Chips | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| | Noodles | |
| | Rice | |
| | Sausage | |
| | Spices | |
| | Tea | |
| | Vitamins | |

e. Miscellaneous (List any damaged
property and from where it was received:
e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

| Description of Property | Value Alleged by Inmate |
|---|---|
| FEDERAL RESERVE BANK (BOND # ▮▮▮▮ 8BCT) | |
| OVER # 100   SUM # 3889574776 981.00 | |

___ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

| Printed Name/Signature of Receiving Officer: | | Date: 3·12·20 | Time: 8:15 am |
|---|---|---|---|
| I have today reviewed the property returned to me. | Signature of Inmate | Register # 62250-019 | Date 3·12·20 | Time 8:15 am |

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

| Printed Name/Signature of Receiving Officer: | | Date: | Time: |
|---|---|---|---|
| I have today reviewed the property returned to me. | Signature of Inmate | Register # | Date | Time |

1-23

Original: Central File: Copy: Inmate, R&D, Special Housing

PRINTED ON RECYCLED PAPER

Replaces of BP-S383 of AUG 94

**INMATE PERSONAL PROPERTY RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

| Institution: FMC | 1. Name: Berry, Duane |
|---|---|
| 2. Register No: 62250-019 | 3. Unit: FD2-226    4. Date & Time of Inventory: 7-7-2020 @ 1450 PM |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____

a. ___ Admission    b. ___ Hospital    c. ___ Writ    d. ___ Transfer    e. ✓ Detention

f. ___ Release    g. ___ Incoming Package    h. ___ Other (specify) _____

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

**7. Type of Property:**

| a. Personally Owned Items # / Article / Disp. | # / Article / Disp. | b. Hygiene, etc. # / Article / Disp. | d. Food/Tobacco items # Article / Disp. |
|---|---|---|---|
| Batteries | Plastic spoon, cup | Dental Floss | Chewing tobacco |
| Belt | Playing Cards | Dentures | Snuff |
| Billfold | Purse | Deodorant | Coffeemate |
| Books, Reading | Radio (w/earplug) | Hair oil | Cold drink mix, soda |
| hard ___ soft ___ | Religious Medal | Noxema | Fruit |
| Books, Religious | Ring | Powder | Honey, Hi-protein |
| hard ___ Soft ___ | Shirt/Blouse | Razor | Instant chocolate |
| Brassiere | Shoes | Shampoo | Instant coffee |
| Cap, Hat | Shoes, shower | Shaving lotion | |
| Coat | Shoes, Slippers | Skin lotion | |
| Coins | Shoes, Tennis | Soap dish | |
| Comb | Shorts | Toothbrush | |
| Combination Lock | Skirt | Toothpaste | |
| Dress | Slip | | |
| Driver's License | Social Security Card | | |
| Earplugs | Socks | | |
| Eyeglass case | Socks, Athletic | | |
| Eyeglasses | Stamps | | e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal) |
| Gloves | Stockings | | |
| Hairbrush/Pick | Sunglasses | | |
| Handkerchief | Sweater | | |
| Jacket | Sweat pant | | |
| Jogging Suit | Sweat Shirt | c. Hobby craft | |
| Legal Materials ✓ — K | Trophy | # / Article / Disp. | |
| Letters | T-Shirts | | |
| Magazines | Underwear | | |
| Mirror | Watch/Watchband | | |
| Nail Clippers | | | |
| Pant/Slacks | | | |
| Pen/Ballpoint | | | |
| Pencils | | | |
| Personal Papers | | | |
| Photo Album | | | |
| Photo | | | |

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property                  Value Alleged by Inmate

✓ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, mailed, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _S. Wooten / S.S._     Date: 7-7-2020 Time: 1500 PM

I have today reviewed the property returned to me. X _____
     Signature of Inmate      62250-019    7-7-2020    1500 PM
                                    Register #    Date    Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on the form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____    Date: _____ Time: _____

I have today reviewed the property returned to me. _____
     Signature of Inmate      Register #    Date    Time

-23   Original: Central File; Copy: Inmate

(This form may be replicated by WP)                  Replaces of BP-S383 of AUG 94

USP LVN



ALMA CRUZ,
     Plaintiff,

v.

BANK OF AMERICA , N.A. et al.
     Defendants.

No. 3:19-cv-00340-M-BN

3:19-cv-00340

NOTICE OF APPEAL (Fed.R.App.P. 4(a)(B)(ii)

  Notice is hereby given that the FEDERAL RESERVE BANK OF NEW
YORK (the 'Interested Party' by automatic substitution pursuant
to Fed.R,Civ.P. 25(d) in the above named case) hereby appeal to
the United States Court of Appeals for the 5th Circuit from the
'Order Setting Briefing Schedule' entered in this action on
03/31/2020, dkt#57.

  This Notice is pursuant to Fed.R.App.P. 4(a)(B)(ii). Enclosed
is a self-addressed stamped envelope. Please return a stamped
received copy of this Notice and make all other correspondences
to counsel at the address below pursuant to 28 USC § 516 and
28 USC § 517. dkt#59

> "The real party in interest in an official
> capacity suit is the governmental entity
> not the individual officeholder."[See
> Karcher v May,484 U.S. 72,78,83,108 S.Ct.
> 388,98 L. Ed. 2d 327(1987);See King v Mc-
> Millan,594 F.3d 301,309-310,4th Cir. 2010]

Date: May 4, 2020

Respectfully submitted,

'Interested Party'
FEDERAL RESERVE BANK OF
NEW YORK (President)
U.S. DEPT. OF JUSTICE
U.S. ATTORNEY GENERAL
950 Pennsylvania Ave. NW
Washington, DC 20530

Counsel



## Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |

# Record of Account

|  | Request Date: | 05-01-2018 |
|---|---|---|
|  | Response Date: | 05-01-2018 |
|  | Tracking Number: | 100386302553 |

FORM NUMBER:     1120

TAX PERIOD:      Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER: ▪▪▪▪▪▪▪▪

BANK OF AMERICA CORPORATION
150 N COLLEGE ST NC1-028-17-06
CHARLOTTE, NC 28202-2271-996

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          $0.00

ACCRUED INTEREST:                         $0.00 AS OF: May 14, 2018

ACCRUED PENALTY:                          $0.00 AS OF: Sep. 15, 2015

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):            $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

NET RECEIPTS:                        $977,720.00

TOTAL INCOME:                $110,335,617,690.00

TOTAL DEDUCTIONS:             $96,981,647,929.00

NET TAXABLE INCOME:           $13,353,969,761.00

MINIMUM TAX AMOUNT:                        $0.00

ESTIMATED TAX CREDITS:          -$550,324,858.00

PERSONAL HOLDING TAX:                      $0.00

ES/7004 PAYMENTS CLAIMED:       -$650,324,858.00

TAX PER RETURN:                  $438,897,314.00

NAICS CD:                             551111

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Aug. 26, 2015

PROCESSED DATE                            Oct. 05, 2015

| 421 | Closed examination of tax return | | 11-29-2016 | $0.00 |
|---|---|---|---|---|
| 424 | Examination Request | | 11-29-2016 | $0.00 |
| 960 | Appointed representative | | 06-30-2017 | $0.00 |
| 290 | Additional tax assessed | 201803 | 02-05-2018 | $0.00 |
| n/a | 83354-409-15117-8 | | | |
| 560 | IRS can assess tax until 12-31-2019 | | 01-30-2018 | $0.00 |

EIN Provided:                            ~~[redacted]~~
Tax Period Requested:    Dec. 31, 2014
Form Number:                  1120
Duplicate Amendment Number: 000

The following items reflect the amount as shown on the return as filed or as
adjusted during return processing. It does not include adjustments to the account
after return settlement.

---

### Original Return

NAME(S) SHOWN ON RETURN: BANK OF AMERICA CORPORATION
ADDRESS:                          150 N COLLEGE ST NC1-028-17-06

                                  CHARLOTTE, NC 28202-2271

    CYCLE POSTED:          201537
    DLN:                   ~~[redacted]~~
    REMITTANCE:            $0.00
    RECEIVED DATE:         08-26-2015

## Indicators, Codes, and Miscellaneous Information

| CORRESPONDENCE RECEIVED DATE: | 00-00-0000 |
|---|---|
| PARENT CORP EIN: | |
| DESIGNEE CHECKBOX: | |
| DESIGNEE PHONE NUMBER: | |
| TOTAL ASSETS: | $3,889,574,776,881.00 |
| SCH K NET OPERATING LOSS CARRYOVER PRIOR TAX YEARS: | $10,292,297,769.00 |
| SCH N TOTAL ESTIMATED TAX INCOME EXCLUSION: | $0.00 |

### Income

| GROSS RECEIPTS OR SALES: | $977,720.00 |
|---|---|
| RETURNS AND ALLOWANCES: | $0.00 |
| NET RECEIPTS PER COMPUTER: | $977,720.00 |
| COST OF GOODS SOLD: | $0.00 |
| COST OF GOODS SOLD PER COMPUTER: | $0.00 |

J-23

IRPTRN56090▮▮▮▮▮▮▮▮000000          *(TY2014)

```
  DOCUMENT TYPE: 1099-A
PAYEE ENTITY DATA:        56-0908▮▮▮
  BANK OF AMERICA
  100 N TRYON STREET
 ‟CHARLOTTE
  STATE: NC ZIP: 28202-0000              ACQUISITION DATE: N/A
                                         PERSONAL LIABILITY (BELOW):

ACCOUNT NUMBER: 14 202658BCT
PAYER ENTITY DATA:        47652▮▮▮▮
  BRIDGEWATER CAPITAL TR
  % BANK OF AMERICA TTEE
  38742 BRAMHAM ST
  CLINTON TWP            MI 48038
  ITEM DESCRIPTION: IP/REAL PROPERTY
  PRPTY FMV..▮▮▮▮▮▮▮▮▮▮▮▮
  DEBT OUT...▮▮▮▮▮▮▮▮▮▮▮▮▮
```

***************************   TAXPAYER  COPY   ***************************

7-12

2-33

## BANK OF AMERICA

DE5-024-03-18
PO Box 17270
Wilmington, DE 19850

0000019    01 SP 0.500  **SNGLP  M1 1 7213 48038-310142    4C01-P00019-l

DUANE BERRY
38742 BRAMHAM ST
CLINTON TOWNSHIP, MI 48038-3101

March 26, 2020

Reference number: ███████04320

Attached below, please find the reissued check you requested; please cash or deposit this check.
If you have questions, please call us at **855.818.7850**.

Thank you.

0000019- 03.26.2020-FF-N-E-N-NB--FRDF1MK104320-0939921-70.00-A-C-C--40073163841-DBCS          7213-01-00-0000019-0001-0000021

04BAC111212

SECURITY FEATURES DETAILED ON BACK

BANK OF AMERICA, N.A.                           66-19/530              ████921
PO BOX 17270                                                          March 26, 2020
WILMINGTON, DE 19850

PAY ████████████████████████████████

PAY TO THE
ORDER OF   DUANE BERRY                                                 DOLLARS ☐

AUTHORIZED SIGNATURE

23-23

Duane L. Berry
6225 00-19
FMC - Butner
Federal Medical Center
P.O. Box 1600
Butner, NC 27509



RALEIGH P&DC 27676
WED 15 JUL 2020 PM
AFSM100 #8

United States District Court
for the Eastern Dist. of North Carolina

Attn: Clerk of the Court
P.O. Box 25670
Raleigh, North Carolina 27611

\* Special Legal Court Mail \*

Deposited: 7/12/20

23 pg's Enclosed

RECEIVED
JUL 21 2020
PETER A. MOORE, CLERK
US DISTRICT COURT, EDNC

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509
DATE: 7-14-20
*SPECIAL LEGAL MAIL*

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you
may wish to return the material for further information
or clarification. If the writer enclosed correspondence for
forwarding to another addressee, please return the enclosed
to the above address.

* SPECIAL LEGAL MAIL ENCLOSED *

DEPOSITED: 7/12/20