[Return address, partially cut off:]
NE L. BERRY
50019
- BUTNER
RAL MEDICAL CENTER
BOX 1600
ER, NC 27509

SPECIAL LEGAL COURT MAIL *

EPOSITED: 7/12/20

23 pg's ENCLOSED

UNITED STATES DISTRICT COURT
for the EASTERN DIST. of NORTH CAROLINA
ATTN: CLERK of the COURT
P.O. BOX 25670
Raleigh, NORTH CAROLINA 27611

RALEIGH P&DC 27676
WED 15 JUL 2020 PM
AFSM100 #8

RECEIVED
JUL 21 2020
PETER A. MOORE
US DISTRICT